BETTY JANE BAKER v. JOHNNIE MOORE.

November 10, 1980.

Petition for certification denied.

JOSEPH A. DAMBACH v. BILL J. GAMBOCZ.

November 10, 1980.

Petition for certification denied.

GEORGE T. WHITTLE v. TOWNSHIP OF LACEY.

November 10, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ALONZO BOWMAN.

November 10, 1980.

Petition for certification denied.

ALAN KLEIN v. R & S AUTO STORES, INC.

November 10, 1980.

Petition for certification denied.   (See 165 *N.J.Super.* 546)